# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**UNITED STATES OF AMERICA**

       vs.

| | |
|---|---|
| **$4,000.00 IN UNITED STATES CURRENCY; $817.75 IN UNITED STATES CURRENCY; AND 2001 BMW, 7 SERIES, 740IL, VIN #WBAGH83401DP32320, NEW YORK LICENSE PLATE #DXD-2737** | **CASE NUMBER: 5:09-CV-40 (NAM/GJD)** |

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the defendant vehicle is forfeited to the United States of America. The United States Marshals Service for the Northern District of New York is directed to dispose of said vehicle in accordance with the law.  The sum of $4,817.75 in United States currency shall be returned to claimant Betty Mulkey by and through her attorney, Jennifer Gale Smith, Esq., 500 South Salina Street, Syracuse, New York 13202. Each side is Ordered to bear its own costs.

All of the above pursuant to the order of the Honorable Chief District Judge Norman A. Mordue, dated the 16th day of April, 2009.

DATED: April 17, 2009

*[signature]*
Clerk of Court

                                                  s/
Melissa Ennis
Deputy Clerk